## IN RE HOOKS SMELTING CO.

(District Court, E. D. Pennsylvania. July 14, 1906.)

### No. 1,995.

BANKRUPTCY—FAILURE TO OBEY ORDER TO TURN OVER MONEY—PENDING INDICTMENT FOR EMBEZZLEMENT.

. A motion to commit the treasurer of a bankrupt corporation for contempt for failure to obey an order of the referee requiring him to turn over money to the trustee will not be considered where he is under bail to appear and answer to indictments in the state courts for the embezzlement of such money from the corporation until after such indictments are disposed of.

In Bankruptcy. On certificate from referee.
. See 138 Fed. 954.

Henry J. Scott, for trustee.
· William H. Peace, for William S. Tryon.

HOLLAND, District Judge. In this case, William S. Tryon, treasurer of the bankrupt, was directed by the referee on April 25, 1905, to pay over to the trustee the sum of $35,019.12 within five days thereafter. Counsel has been delayed in every step taken in his behalf by reason of the fact that Tryon has paid no attention at all to the order of the referee and proceedings in this court. He does not even permit his own counsel to know his whereabouts, and counsel for the trustee has been unable to serve notice upon him. He cannot be found for the purpose of examination before the referee at all times, and his presence before the referee can be secured only through his counsel, and when he (Tryon) sees fit to attend. His defense has been technical, and he has at all times shown a disposition to avoid meeting the issues in the case, and having them disposed of on their merits. He is now under indictment in the local courts for embezzlement of the funds which he is said now to have in his possession and control. He is under bail to appear there and answer those charges. Without intimating any opinion as to the sufficiency of the evidence to sustain the referee's finding, the Court is of opinion that no order in this case should be made until Tryon is tried on the indictment in the state court. When this has been done, the motion here can be renewed.

Motion to commit for contempt is refused, with right of petitioner to renew motion at proper time, when such order will be made as the circumstances may warrant.